from fees awarded by the judge. If after disclosure of the judge's relationship with an employee of the firm representing an applicant, recusal is requested, the judge should be mindful of the provisions of Canon 2 in determining whether recusal is appropriate.

/s/ Robert L. Bailey, Chairman

/s/ Robert D. Simms, Vice Chairman

/s/ Milton C. Craig, Secretary

**WE ANSWER:** Yes

**DISCUSSION:**

Such judge under the Code, is a periodic part-time judge and is not required to comply with Canon 5A(1) of the Code of Judicial Conduct.

/s/ Robert L. Bailey, Chairman

/s/ Robert D. Simms, Vice Chairman

/s/ Milton C. Craig, Secretary

2003 OK JUD ETH 9

**JUDICIAL ETHICS OPINION 2003-9.**

**No. 2003-9.**

Oklahoma Judicial Ethics Advisory Panel.

Jan. 14, 2004.

**QUESTION:**

May a part-time Municipal Court Judge make a financial contribution to a colleague running for office in a partisan election?